United States District Court
Southern District of Texas
**ENTERED**
December 23, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUAN DARIO CARCAMO BATIZ, § | |
| *Petitioner*, § | |
| § | |
| v. § | Civil No. 4:25-cv-5356 |
| § | |
| KRISTI NOEM, et al., § | |
| *Respondents*. § | |

## ORDER

On December 23, 2025, the Court considered Petitioner's Original Verified Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 and Request for Declaratory and Injunctive Relief ("Petition," ECF No. 1) and the Government's Response to Petition for Writ of Habeas Corpus and Motion for Summary Judgment (ECF No. 5). The Court GRANTED the Petition for habeas relief in part. The Court determined that the Petitioner is not subject to 8 U.S.C. § 1225(b)(1) or 8 U.S.C. § 1225(b)(2) and is instead held pursuant to 8 U.S.C. § 1226. Accordingly, Petitioner is entitled to a bond hearing.

It is hereby ORDERED that Petitioner be provided a bond hearing under 8 U.S.C. § 1226 by December 31, 2025, or else be released. It is further ORDERED that the Government update this Court on the status of Petitioner's bond hearing by January 2, 2026. Furthermore, the Court clarifies that since 8 U.S.C. § 1226 applies to Petitioner, Petitioner may not be retroactively subject to expedited removal proceedings under 8 U.S.C. § 1225(b)(1).

SIGNED at Houston, Texas, on this the 23rd day of December, 2025.

_____
Hon. Keith P. Ellison
United States District Judge