UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **JUAN DARIO CARCAMO BATIZ,** § § | |
| Petitioner, § § | |
| VS. § | CIVIL ACTION NO. 4:25-CV-5356 |
| § § | |
| **KRISTI NOEM** *et al.*, § § | |
| Respondents. § § | |

# ORDER

On December 23, 2025, the Court issued an order requiring Respondents to provide Petitioner with a bond hearing before an Immigration Judge under 8 U.S.C. § 1226(a) by December 31, 2025, or else release Petitioner. ECF No. 10. The Court also ordered that Respondents update the Court regarding the status of the bond hearing by January 2, 2026. *Id.* The Court has not yet received an update on the status of the bond hearing. Accordingly, the Court orders Respondents to provide said update by January 22, 2026.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 20th day of January, 2026.

Keith P. Ellison
United States District Judge